UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**FILED
IN COURT
ASHEVILLE, N.C.

OCT 1 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.**

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO.1:07CR 91 |
| vs. | BILL OF INDICTMENT |
| | Violations: |
| CHRISTOPHER HARDY ZOUKIS, Defendant. | 18 U.S.C. § 2252 |
| | 18 U.S.C. § 2256 |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about the 2nd day of July 2006, in Transylvania County, within the Western District of North Carolina, and elsewhere,

CHRISTOPHER HARDY ZOUKIS,

did knowingly possess one or more matter(s) which contain a visual depiction that had been mailed, shipped and transported in interstate and foreign commerce, and which had been produced using materials which had been mailed, shipped and transported, by any means including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct, to wit: including, among others, digital files with the names;

   13yo Hayley sucking Dads cock(1) childfugga childlover pthc collection.jpg

   2_Pthc - Mom %26 Little Boys-02.jpg

   hussyfan pedo babyshivid lolita Pthc large pic Amanda 01 - sweetest little girl dripping cum from her mouth.jpg

depicting minor children engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(B).

   In violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252 (b)(2).

## COUNT TWO

On or about June 2006, in Transylvania County, within the Western District of North Carolina, and elsewhere,

### CHRISTOPHER HARDY ZOUKIS,

did knowingly transport and ship in interstate and foreign commerce, by any means, including by computer, a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct, that is, among others, digital files with the name,

> Pedo - Vicky Compilation (Pthc) 10 yo Kiddy Reality Child Get's What She Wants - All Kinds Of Fuck Fun With No Delusions)(14m58s).mpg

All in violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1) and 2256.

## COUNT THREE

On or about June 2006, in Transylvania County, within the Western District of North Carolina, and elsewhere,

### CHRISTOPHER HARDY ZOUKIS,

knowingly received one or more visual depictions that were shipped and transported in interstate and foreign commerce by any means, including by computer, and were produced using materials that have been mailed, or that had been shipped or transported in interstate or foreign commerce by any means, including computer that depict a minor engaging in sexually explicit conduct that is, among others, digital files with the names,

> kdv rbv rizmastar pedo zadoom man fuck 2yo boy (06.2005new) 142 come with we web site. now 20.000.000 new photos.jpg

> 2_Pthc - Mom %26 Little Boys-02.jpg,

:

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1) and 2256 (8)(A).

NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given that:

(a) all property involved in the violations alleged in this Bill of Indictment, including by not limited to all real and personal property listed below;

(b) all property which constitutes proceeds of such violations; and

(c) in the event that any property described in (a) or (b) cannot be located or recovered, all other property of the defendant, to the extent of the value of the property described in (a) or (b),

is subject to forfeiture to the United States pursuant to the provisions of 18 U.S.C. Section 2253 and 26 U.S.C. Section 5872.

The grand jury finds probable cause to believe that the following property is subject to forfeiture on one or more grounds stated above:

a Toshiba computer, serial number 260181625

**A TRUE BILL**:

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

COREY F. ELLIS
ASSISTANT UNITED STATES ATTORNEY