# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:07-cr-00091-MR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| CHRISTOPHER HARDY ZOUKIS, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on counsel's motion for the admission of attorney Brandon Sample as counsel *pro hac vice*. [Doc. 25]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that counsel's motion [Doc. 25] is **ALLOWED**, and Brandon Sample is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: February 6, 2019

Martin Reidinger
United States District Judge