IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:07-cr-00091-MR

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **O R D E R** |
|  | ) |  |
| CHRISTOPHER HARDY ZOUKIS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on the Defendant's Motion to Seal [Doc. 49].

The Defendant, through counsel, moves the Court for leave to file a Memorandum [Doc. 36] and Exhibits thereto [Doc. 36-1] under seal in this case. [Doc. 49]. In his renewed[1] Motion, the Defendant identifies the portions of the memorandum and exhibits thereto sought to be sealed and the purported basis for the sealing thereof. [See Doc. 49]. While the Defendant has filed a redacted version of the memorandum [Doc. 49-1], he has not filed

---

[1] The Court denied without prejudice the Defendant's original motion to seal but allowed the memorandum and exhibits to remain temporarily under seal pending the Defendant filing a renewed motion to seal that identifies with specificity the portions of the memorandum and exhibits sought to be sealed and provides sufficient basis for the sealing thereof. [Doc. 41].

a publicly accessible version of the exhibits that redacts only those portions sought to be sealed. See United States v. Harris, 890 F.3d 480, 491-92 (4th Cir. 2018).[2]

Accordingly, the Court will deny the Defendant's Motion to Seal. The Court, however, will still allow the memorandum and exhibits to remain temporarily under seal pending the Defendant filing a renewed Motion to Seal and a publicly accessible version of the memorandum and exhibits thereto that redacts only those portions sought to be sealed.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Seal [Doc. 49] is **DENIED WITHOUT PREJUDICE**. The Defendant shall file a Motion to Seal that identifies with specificity the portions of the memorandum and exhibits to be sealed and provides sufficient basis for the sealing thereof and a publicly accessible version of the memorandum and exhibits that redacts only those portions sought to be sealed within fourteen (14) days. The Memorandum [Doc. 36] and Exhibits thereto [Doc. 36-1] shall remain temporarily under seal until further Order of this Court.

---

[2] Further, the Defendant filed all of his exhibits under seal in one omnibus attachment. [See Doc. 36-1]. As such, to the extent the Defendant's renewed motion reflects he is no longer seeking to seal certain exhibits, the Defendant should file such exhibits on the public docket along with a version of the remaining exhibits that redacts only those portions sought to be sealed.

**IT IS SO ORDERED.**

Signed: April 18, 2022

Martin Reidinger
Chief United States District Judge

3